# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Tracy L. Elmore

CASE NO. C 10-02639 CW

Plaintiff(s),

v.

Federal Credit Corp, et al,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)*  _____

The parties agree to hold the ADR session by:
            the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

      ✓    other requested deadline  120 days _____

Dated: 8.23.10_____            /s/ Mark F Anderson_____
                                              Attorney for Plaintiff

Dated:_____            see attached page 2_____
                                              Attorney for Defendant

Page 2 to Stipulation to ADR in *Elmore v Federal Credit Corp., et al,* No. C 10-02639 CW

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive
Ste 800
Irvine, CA 92612
Ph: 949.851.3939
Fax: 949.553.7539
Email: kaklimkowski@jonesday.com
Attorneys for Experian Information Solutions, Inc.


Thomas P. Quinn
NOKES & QUINN
410 Broadway, Ste 200
Laguna Beach, CA 92651
Ph: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Stephanie D. Cope
King & Spalding LLP
1180 Peachtree St, N.E.
Atlanta, GA 30309-3521
Ph: 404.215.5908
Fax: 404.572.5172
Email: SCope@kslaw.com
Attorneys for Equifax Information Services LLC

Laura K. Rang
Schuckit & Associates, P.C.
34545 Northwestern Drive
Zionsville, IN 46077
Ph: 317.363.2400
Fax: 317.363.2257
Email: LRang@schuckitlaw.com

Michael W. Bien
Mark R. Feeser
Rosen, Bien & Galvan LLP
315 Montgomery St, 10th Fl
San Francisco, CA 94104
Ph: 415.433.6830
Fax: 415.433.7104
Email: mbien@rbg-law.com
       mfeeser@rbg-law.com
Attorneys for Trans Union, LLC

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
✓   Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
✓   other   120 days

IT IS SO ORDERED.

Dated:   8/24/2010

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
**DISTRICT**