Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Tracy L. Elmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY L. ELMORE,                                    )
                                                    )   Case No. 10-02639 CW
            Plaintiff,                              )
                                                    )
      v.                                            )   ORDER FOR DISMISSAL OF
                                                    )   DEFENDANTS TRANS UNION, LLC
                                                    )   and EXPERIAN INFORMATION
                                                    )   SOLUTIONS, INC.
FEDERAL CREDIT CORP., et al,                        )
                                                    )
            Defendants.                             )
_____           )
                                                    )

        Based on the parties' stipulation and for good cause shown, plaintiff Tracy L. Elmore's

claims against defendant Trans Union, LLC and defendant Experian Information Solutions, Inc.

in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: September 21, 2010

_____
U.S. District Court Judge

Order for Dismissal, *Elmore v Federal Credit Corp.* No C 10-02639 CW                    1