Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Tracy L. Elmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. ELMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL CREDIT CORP., et al,<br><br>　　　　Defendants. | Case No. 10-02639 CW<br><br>ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

Based on the parties' stipulation and for good cause shown, plaintiff Tracy L. Elmore's claims against defendant Equifax Information Services, LLC in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: September 21, 2010

_____
U.S. District Court Judge

Order for Dismissal, *Elmore v Federal Credit Corp.* No C 10-02639 CW

1